Shawn Leo, Esq. (321420)
LEO LAW OFFICE, APLC
110 W A Street, Suite 1100
San Diego, CA 92101
Tel: (858) 284-0660
Email: Sleo@theleolawoffice.com

Attorney for Defendant
Southwest Credit Systems, L.P.,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA R. GOMEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>                    Defendant. | Case No.: 2:20-cv-05259<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL** |

   PLEASE TAKE NOTICE that DEFENDANT SOUTHWEST CREDIT SYSTEMS, L.P., hereby lodges the attached [Proposed] Order on Request for Approval of Substitution or Withdrawal of Attorney.

Dated: November 12, 2020          Respectfully submitted,

                                  /s/ *Shawn Leo*
                                  Shawn Leo, Esq.

                                  ***COUNSEL FOR SOUTHWEST CREDIT SYSTEMS, L.P.***

NOTICE OF LODGING [PROPOSED] ORDER                                    1