# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-20-05259-GW (AGRx) | Date | November 19, 2020 |
|---|---|---|---|
| Title | Gabriela R. Gomez v. Southwest Credit Systems, L.P. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Karl Lozada | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    In Chambers : **SETTLEMENT CONFERENCE ORDER**

### READ CAREFULLY - STRICT COMPLIANCE IS REQUIRED

IT IS ORDERED that the parties shall appear for a settlement conference on **December 15, 2020 at 1:30 p.m.**  The settlement conference will be conducted by video conferencing.  The steps to access the video conferencing will be provided prior to the settlement conference.

On or before *__December 8, 2020,__* each party shall deliver or e-mail to the chambers of Magistrate Judge Alicia G. Rosenberg at agr_chambers@cacd.uscourts.gov, a Confidential Settlement Conference Statement.  The statement, which may be in the form of a letter, shall contain the following information: (a) a summary of the factual background of the case; (b) a summary of important legal and factual issues presented by the case, and the submitting party's position on each issue; (c) a description of the damages or other relief sought by or against the submitting party; (d) a summary of the settlement negotiations or other means of alternative dispute resolution utilized prior to the date of the statement, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; (e) the trial date and the pre-trial conference date (if set), the estimated length of trial, and whether a court or jury trial is contemplated; and (f) any other relevant facts or circumstances that counsel believe will assist the Court in conducting the settlement conference.

The appearing party, or party representative, is to have authority to settle the case.  In the case of lawsuits brought against the United States or any of its agencies as a party, the attendance of an attorney charged with responsibility for the conduct of the case and who has final settlement authority as provided by his or her superiors is required.

|  | Initials of Preparer | kl |
|---|---|---|