JS-6

**SULAIMAN LAW GROUP, LTD**
Alejandro E. Figueroa
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA R. GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>        Defendant. | Case No. CV 20-5259-GW-AGRx<br><br>**ORDER** |

# ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, GABRIELA R. GOMEZ ("Plaintiff"), by and through her undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: February 1, 2021

_____
HON. GEORGE H. WU,
U.S. District Judge